# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



`10 DEC 21 AM 11:30`

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JASARY JISSETH ANAYA(1),<br><br>　　　　　　　　Defendant. | CASE NO. 10CR4610-JAH<br><br>BY:　　　　　　　　DEPUTY<br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in case 10CR4892-JAH against the defendant and the Court has granted the motion of the Government for dismissal of the Misdemeanor Information.

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

____  of the offense(s) of the Indictment/Information:

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/16/2010

　　　　　　　　　　　　　　　　BERNARD G. SKOMAL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE